IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

   Plaintiff,

v.               Case No.: 10-cv-36

BRUCE OSTRANDER

   Defendant.

---

## ENTRY OF DEFAULT

---

  Plaintiff requests that the Clerk of Court enter default against defendant Bruce Ostrander pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Bruce Ostrander is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

  Dated this 22nd day of April, 2010.

              By: _____, Deputy Clerk
              PETER OPPENEER
              Clerk of Court