IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 10-cv-36 |
| BRUCE OSTRANDER, | ) ) ) | |
| Defendant. | ) ) | |

## DEFAULT JUDGMENT

It appearing by the declaration of counsel for the plaintiff that the defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, the defendant's default is hereby entered.

A default having been entered against the defendant, and counsel for the plaintiff having requested judgment against the defaulted defendant and having filed a proper declaration in all accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of the plaintiff, United States of America, and against the defendant, Bruce Ostrander, as follows:

| | | |
|---|---|---|
| A. | Principal | $1,500.24 |
| | Interest through 10/17/2008 | $1,876.83 |
| | Interest from 10/18/2009 through 4/13/2010 | $ 104.49 |
| | TOTAL | $3,481.56 |

together with interest thereon at the rate of 5.82% until the date of June 30, 2009, then at the rate of 3.73% until June 30, 2010 until the date judgment is entered.

|   |   |   |
|---|---|---|
| B. | Principal | $2,625.00 |
|   | Interest through 10/17/2008 | $4,489.16 |
|   | Interest from 10/18/2009 through 4/13/2010 | $ 309.51 |
|   | TOTAL | $7,423.67 |

together with interest thereon at the rate of 8% per annum until the date judgment is entered, a civil filing fee of $350.00, a Marshal fee of $125.15, plus interest on the judgment at the legal rate until satisfaction of the debt.

Dated this 3rd day of April, 2010.

*Peter Oppeneer*
PETER OPPENEER
Clerk of Court

Dated this _____ day of _____, 2010

PETER OPPENEER
Clerk of Court

By:

_____
Deputy Clerk of Court